353 A.2d 37

**In re ESTATE of Mary PETAJNIK, Deceased.**
**Appeal of Anthony PETAJNIK et al.**

Supreme Court of Pennsylvania.
Argued Sept. 22, 1975.
Decided March 17, 1976.

Henry J. Albaugh, Aliquippa, for appellant.

Joseph Stanichak, Frank C. Lewis, Beaver Falls, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed.

Appellants to bear costs.